IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JUDITH A. ROLLINS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-081 |
| § | |
| CLEAR CREEK INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

As set forth in the Court's Order entered this date, Clear Creek Independent School District's Motion for Summary Judgment is hereby **GRANTED**. Any and all of Plaintiff's claims asserted against Clear Creek Independent School District in this action are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 13th of November, 2006, at Galveston, Texas.

Samuel B. Kent
United States District Judge